# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELIZABETH JEAN NAGY,

    Plaintiff,

vs.

METROMEDIA COMPANY, ET AL.

    Defendants,

vs.

VHV ASPHALT CARE,

    Third-Party Defendant.

CIVIL ACTION NO. 5:10CV64

## ORDER GRANTING PLAINTIFF AND THIRD-PARTY DEFENDANT'S MOTION FOR THE ESTABLISHMENT OF A TRUST ACCOUNT TO HOLD SETTLEMENT FUNDS PENDING MEDICARE LIEN RESOLUTION

On a previous day came the Plaintiff and Third-Party Defendant, VHV Asphalt Care, Inc., ("VHV") by and through their respective counsel and moved this Court for the establishment of a trust account to hold settlement funds pending medicare lien resolution. Having reviewed the Motion, the Court hereby **FINDS** as follows:

1. On September 29, 2010, the matter was ordered to mediation. At mediation, the matter settled.

2. The defendants obtained settlement checks and submitted them to plaintiff's counsel where she has agreed to hold them in her client trust account.

3. Counsel for the third-party defendant and plaintiff are ORDERED establish a separate, interest bearing trust account at United Bank in Weirton, West Virginia, in the name of the plaintiff, her attorney, and the third-party defendant's attorney to hold the settlement funds from the third-party defendant until such time as the Center for Medicare and Medicaid Services offers its Final Lien Demand. It is ORDERED that no disbursements would be made from this account until further order from this Court or until Medicare has offered its final lien demand determination. From this account (and if necessary from other settlement funds), the Medicare

lien will be satisfied and discharged.

ENTER this 3rd day of January, 2011.

/s/ Frederick P. Stamp, Jr.
Judge Frederick P. Stamp, Jr.

Respectfully submitted by:

Mark A. Kepple, Esq.
W.Va. Bar ID # 7470
BAILEY & WYANT, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
(304) 233-3100
(304) 233-0201
mkepple@baileywyant.com

Sharon N. Bogarad by telephone authority
Sharon N. Bogarad, Esq.
W.Va. Bar I.D. # 0382
3412 West Street
Weirton, WV 26062
(304)797-0602

Respectfully submitted to:

Jennifer Keadle Mason, Esq.
Mintzer, Sarowitz, Zeris, Ledva
651 Holiday Dr.
Foster Plaza 5 Suite 300
Pittsburgh, PA 15220

Arthur W. Zamosky, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers LLP
EQT Plaza, Suite 390
625 Liberty Ave.
Pittsburgh, PA 15222

Scott Andrews, Esq.
Hoover Andrews
3570 US Route 60 E
Barboursville, WV 25504